# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CRIM. NOS. 1:95-CR-25-DBH** |
| | ) | **AND 1:98-CR-42-DBH-02** |
| **KENNETH LEON MEADER,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

## PROCEDURAL ORDER

The defendant Kenneth Meader has moved for compassionate release.  The criminal behavior for which I sentenced him in 1996 involved a victim.  Without deciding whether she has any rights under 18 U.S.C. § 3771 in the current procedural posture of the case, I **ORDER** the government to give her notice of the motion, solicit her views, and report them to the Court.

**SO ORDERED.**

**DATED THIS 15TH DAY OF OCTOBER, 2020**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**