UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>KENNETH LEON MEADER, )<br>)<br>DEFENDANT ) | CRIM. NOS. 1:95-CR-25-DBH<br>AND 1:98-CR-42-DBH-02 |

ORDER ON MOTION TO SUPPLEMENT MOTION

The defendant's motion for permission to supplement motion for reconsideration is **GRANTED**. However, it does not change the outcome or reasoning in my Order of March 10, 2021, denying recusal and relief. No. 1:95-cr-25-DBH (ECF No. 140); No. 1:98-cr-42-DBH-02 (ECF No. 61).

SO ORDERED.

DATED THIS 15TH DAY OF MARCH, 2021

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE